United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR H. CAUSEY, Sr.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SANTA RITA JAIL,<br><br>    Defendant. | Case No. 20-02703 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against the Alameda County Santa Rita Jail. Dkt. No. 1. On September 4, 2020, the Court dismissed the complaint with leave to amend, to correct various deficiencies. Dkt. No. 8. Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed and advised that failure to respond would result in the dismissal of the action without prejudice and without further notice to Plaintiff. *Id.* at 4. The deadline, October 2, 2020, has passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** without prejudice for failure to file an amended complaint. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __October 20, 2020____

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.20\02703Causey_dis-compl.

2