# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR H. CAUSEY, SR., <br><br> Plaintiff, <br><br> v. <br><br> ALAMEDA COUNTY SANTA RITA JAIL, <br><br> Defendant. | Case No. 20-02703 BLF (PR) <br><br> **JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _October 20, 2020_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge